

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-00383-CR

Style: Adrian Gomez v. The State of Texas

Date motion filed*: October 12, 2015

Type of motion: Second Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated? No.

If motion to extend time:

Original due date: July 3, 2015

Number of extensions granted: 1     Current Due Date: September 28, 2015

Date Requested: October 30, 2015

Ordered that motion is:

☑ Granted

     If document is to be filed, document due: October 30, 2015.

     ☑     No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On September 3, 2015, the Clerk of this Court granted appellant's first extension, but warned counsel that no further extensions would be granted. Because appellant's counsel states that he has been busy with several cases, including preparing for a death penalty case set for an October 12, 2015 trial date, his second extension is granted, but counsel is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C). Accordingly, if appellant's brief is not filed by October 30, 2015, the Court will abate this case for a late-brief hearing. *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley _____

         ☑ Acting individually     ☐ Acting for the Court

Date: October 20, 2015 _____

November 7, 2008 Revision